J Christopher Jorgensen
Nevada Bar No.: 5382
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169
Tel: 702.949.8200
E-mail: cjorgensen@lrrc.com

*Attorneys for Defendant New Penn Financial, LLC dba Shellpoint Mortgage Servicing*

# UNITED STATE DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DIANA M. WINDER-HEDGEMAN,<br><br>    Plaintiff,<br><br>vs.<br><br>NEW PENN FINANCIAL, LLC d/b/a SHELLPOINT MORTGAGE SERVICING,<br><br>    Defendants. | Case: 2:18-cv-00720-GMN-GWF<br><br>**STIPULATION TO EXTEND DEFENDANT NEW PENN FINANCIAL, LLC DBA SHELLPOINT MORTGAGE SERVICING'S TIME TO RESPOND TO COMPLAINT**<br><br>**(First Request)** |

Defendant New Penn Financial, LLC dba Shellpoint Mortgage Servicing ("Shellpoint") and Plaintiff Diana M. Winder-Hedgeman ("Plaintiff") (collectively, the "Parties") stipulate and agree as follows:

The Parties hereby stipulate and agree that Shellpoint's time to respond to Plaintiff's complaint (ECF No. 3), filed on April 20, 2018, will be continued from May 21, 2018 to June 20, 2018.

Shellpoint requires additional time to investigate Plaintiff's allegations, and

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

104935895_1

respond to Plaintiff's complaint. This is Shellpoint's first request for an extension.

DATED this 11th day of May, 2018.    DATED this 14th day of May, 2018.

**HAINES & KRIEGER, LLC**    **LEWIS ROCA ROTHGERBER CHRISTIE LLP**

By:   */s/ Rachel B. Saturn*    By: */s/ J Christopher Jorgensen*
David H. Krieger (NV Bar # 9086)    J Christopher Jorgensen (NV Bar # 5382)
Rachel B. Saturn (NV Bar # 8653)    3993 Howard Hughes Pkwy., Ste. 600
8985 S. Eastern Ave., Ste. 350    Las Vegas, Nevada  89169
Henderson, NV 89123    T: 702-949-8200
T: 702-880-5554    E-mail: cjorgensen@lrrc.com
E-mail: dkrieger@hainesandkrieger.com
E-mail: Rachel@hainesandkrieger.com    *Attorneys for Defendant*
    *New Penn Financial, LLC d/b/a*
*Attorneys for Plaintiff*    *Shellpoint Mortgage Servicing*
*Diana M. Winder-Hedgeman*

**IT IS SO ORDERED:**

_____*George Foley Jr.*_____
UNITED STATES MAGISTRATE JUDGE

DATED:  __5/15/2018_____