J Christopher Jorgensen
Nevada Bar No.: 5382
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV  89169
Tel: 702.949.8200
E-mail: cjorgensen@lrrc.com

*Attorneys for Defendant New Penn Financial, LLC
dba Shellpoint Mortgage Servicing*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| DIANA M. WINDER-HEDGEMAN,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>NEW PENN FINANCIAL, LLC d/b/a SHELLPOINT MORTGAGE SERVICING,<br><br>　　　　Defendants. | Case:  2:18-cv-00720-GMN-GWF<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT NEW PENN FINANCIAL, LLC DBA SHELLPOINT MORTGAGE SERVICING** |

Upon agreement between Plaintiff Diana M. Winder-Hedgeman ("Plaintiff") and Defendant New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing ("Defendant"):

IT IS HEREBY STIPULATED that the Defendant, New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing shall be dismissed from this action, with prejudice.

IT IS FURTHER STIPULATED that each party shall bear its own attorney's fees and costs.

105605631_1

| | |
|---|---|
| DATED this 30th day of July, 2018. | DATED this 30th day of July, 2018. |
| **HAINES & KRIEGER, LLC** | **LEWIS ROCA ROTHGERBER CHRISTIE LLP** |
| By: */s/ David H. Krieger*<br>David H. Krieger (NV Bar # 9086)<br>Rachel B. Saturn (NV Bar # 8653)<br>8985 S. Eastern Ave., Ste. 350<br>Henderson, NV 89123<br>T: 702-880-5554<br>E-mail: dkrieger@hainesandkrieger.com<br>E-mail: Rachel@hainesandkrieger.com<br><br>*Attorneys for Plaintiff*<br>*Diana M. Winder-Hedgeman* | By: */s/ J Christopher Jorgensen*<br>J Christopher Jorgensen (NV Bar # 5382)<br>3993 Howard Hughes Pkwy., Ste. 600<br>Las Vegas, Nevada 89169<br>T: 702-949-8200<br>E-mail: cjorgensen@lrrc.com<br><br>*Attorneys for Defendant*<br>*New Penn Financial, LLC d/b/a*<br>*Shellpoint Mortgage Servicing* |

**IT IS SO ORDERED:**

**DATED** this __4__ day of August, 2018.

_____
Glora M. Navarro, Chief Judge
United States District Court